November 15, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

RAHUL K. NATH, M.D., Appellant

NO. 14-15-00364-CV                    V.

TEXAS CHILDREN'S HOSPITAL & BAYLOR COLLEGE OF MEDICINE,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Texas Children's Hospital and Baylor College of Medicine, signed, February 9, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Rahul K. Nath, M.D., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.